UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL WELCH,

    Plaintiff,

v.

HEART TRUSS & ENGINEERING CORP,

    Defendant.

_____/

Case No. 1:22-cv-1056

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered on this date, and pursuant to Fed. R. Civ. P. 58, JUDGMENT hereby enters.

**IT IS SO ORDERED**.

Dated:  July 9, 2024

        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge